| | | |
|---|---|---|
| 29736 | Yi v. Sullivan | Affirmed |

### May 22, 2013

| | | |
|---|---|---|
| CAAP–12–00 00095 | Alkire-Clemen v. Castle Medical Center | Affirmed |

### May 23, 2013

| | | |
|---|---|---|
| 30662 | Kuroda ex rel Kuroda v. Peck | Vacated and Remanded |

### May 24, 2013

| | | |
|---|---|---|
| CAAP–11–00 00622 | Bartholomew v. State | Affirmed |
| 30490 | Mahi v. Variable Annuity Life Ins. Co. | Affirmed |

### May 29, 2013

| | | |
|---|---|---|
| CAAP–12–00 00780 | P Children, In re | Affirmed |
| CAAP–11–00 00396 | State v. Soto | Affirmed |
| CAAP–12–00 00688 | U.S. Bank Nat. Ass'n v. Palama | Affirmed |

### May 30, 2013

| | | |
|---|---|---|
| CAAP–12–00 00389 | Francisco v. Marriott Hotel Services, Inc. | Affirmed |
| 30380 | Hoernig v. Hoernig | Affirmed |
| CAAP–11–00 00602 | State v. Timmons | Vacated and Remanded |

### May 31, 2013

| | | |
|---|---|---|
| CAAP–12–00 00168, CAAP–12–00 00454 | Finance Factors, Ltd. v. Bihn | Affirmed |
| 30316 | J.L.P. Robinson LLC v. Allen | Affirmed |
| 30390 | State v. Lindsey | Affirmed |
| CAAP–12–00 00499 | Wolf v. Fuddy | Affirmed |